IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HERMAN ELISIO MENENDEZ,<br><br>  Defendant. | CR 19-48-BLG-SPW-TJC-2<br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Defendant has filed a motion to vacate the change of plea hearing. (Doc. 119.) Defendant indicates he wishes to proceed to trial. Accordingly, IT IS HEREBY ORDERED that the change of plea hearing currently set for September 17, 2020 at 2:00 p.m. is VACATED.

DATED this 10th day of September, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge