IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

OCT 2 1 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HERMAN ELISIO MENENDEZ,<br><br>Defendant. | CR 19-48-BLG-SPW-2<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing is set **VIA VIDEO from Crossroads Correctional Facility (Shelby, MT) on Monday, November 2, 2020 at 9:30 a.m. is VACATED** and **RESET for <u>1:00 p.m., changing the time of the hearing only.</u>** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior the hearing to video conference with Defendant.   If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

DATED this _21st_ day of October, 2020.

SUSAN P. WATTERS
United States District Judge

1